**Nathaniel M. COSTLEY, Sr., Plaintiff—Appellant,**

**v.**

**Eric K. SHINSEKI, U.S. Department of Veterans Affairs; Lisa Doyle; Melissa Starinsky, Academy; Harold McAlduff, Price Waterhouse Cooper; Daniel Jacobs, The Federal Marketing Group, Defendants—Appellees.**

No. 11–1558.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 13, 2011.

Decided: Oct. 17, 2011.

Nathaniel M. Costley, Sr., Appellant Pro Se. Joseph Ronald Baldwin, Office of the United States Attorney, Baltimore, Maryland; Amy Bess, Vedder Price, PC, Washington, D.C.; Geoffrey P. Gitner, Law Offices of Geoffrey P. Gitner, Washington, D.C., for Appellees.

Before SHEDD, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nathaniel M. Costley, Sr., appeals the district court's orders granting judgment in favor of Defendants in his employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Costley v. Shinseki,* No. 1:10–cv–03122–JKB (D. Md. Feb. 7 & May 6, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*